# EXHIBIT A

Case.net: 19SL-CC01507 - Docket Entries

 **Your Missouri Courts** Search for Cases by: Select Search Method... ▼ **.net**

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print                                                  Logon

**19SL-CC01507 - MONICA WEBB ET AL V AESTHETIC PHYSICIANS, P. ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

Sort Date Entries: ○ Descending  ◉ Ascending          Display Options: All Entries ▼

---

**04/10/2019**   **Judge Assigned**
DIV 15

**Pet Filed in Circuit Ct**
Petition; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E; Exhibit F.
   **On Behalf Of:** MONICA WEBB, JENNIFER JEFFRIES, TERRIKAH COOK
   **Associated Entries:** 04/10/2019 - Pet Filed in Circuit Ct   ⊞
   **Associated Entries:** 06/26/2019 - Judge/Clerk - Note   ⊞
   **Associated Entries:** 06/28/2019 - Summons Req-Serv by Mail   ⊞
   **Associated Entries:** 04/10/2019 - Pet Filed in Circuit Ct   ⊞

**Note to Clerk eFiling**
   **Filed By:** DAVID GREGORY BROWN

**Filing Info Sheet eFiling**
   **Filed By:** DAVID GREGORY BROWN

**04/11/2019**   **Summons Req-Serv by Mail**
Letter to Clerk requesting summons issue.
   **Filed By:** DAVID GREGORY BROWN
   **On Behalf Of:** MONICA WEBB, JENNIFER JEFFRIES, TERRIKAH COOK

**Note to Clerk eFiling**
   **Filed By:** DAVID GREGORY BROWN

**04/18/2019**   **Correspondence Filed**
STATUTORY NOTIFICATION TO CLERK OF COURT; Exhibit statute.
   **Filed By:** DAVID GREGORY BROWN
   **On Behalf Of:** MONICA WEBB, JENNIFER JEFFRIES, TERRIKAH COOK

**05/31/2019**   **Summons Req-Serv by Mail**
Second Request for Summons in response to Circuit Court filed on 04/10/2019.
   **Filed By:** DAVID GREGORY BROWN
   **On Behalf Of:** MONICA WEBB, JENNIFER JEFFRIES, TERRIKAH COOK

**Note to Clerk eFiling**
   **Filed By:** DAVID GREGORY BROWN

**06/26/2019**   **Judge/Clerk - Note**
NEITHER SUMMONS REQUEST HAS THE COMPLETE ZIP CODE FOR AESTHETIC PHYSICIANS.
PLEASE E-FILE A CORRECTED SUMMONS REQUEST.
   **Associated Entries:** 04/10/2019 - Pet Filed in Circuit Ct   ⊞

9/11/2019                                  Case.net: 19SL-CC01507 - Docket Entries

| | |
|---|---|
| 06/28/2019 | **Summons Req-Serv by Mail** |
| | Corrected Summons Request in response to Judge/Clerk - Note filed on 06/26/2019. |
| | **Filed By:** DAVID GREGORY BROWN |
| | **On Behalf Of:** MONICA WEBB, JENNIFER JEFFRIES, TERRIKAH COOK |
| | **Associated Entries:** 04/10/2019 - Pet Filed in Circuit Ct  ⊞ |
| | **Note to Clerk eFiling** |
| | **Filed By:** DAVID GREGORY BROWN |
| 07/11/2019 | **Summons Issued-Circuit** |
| | Document ID: 19-SMCC-6179, for AESTHETIC PHYSICIANS, P.C..Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. |
| | **Summons Issued-Circuit** |
| | Document ID: 19-SMCC-6180, for BODY CONTOUR CENTERS, LLC.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. |
| 08/23/2019 | **Alias Summons Requested** |
| | Request for Service in response to Service by Mail filed on 06/28/2019. |
| | **Filed By:** DAVID GREGORY BROWN |
| | **Note to Clerk eFiling** |
| | **Filed By:** DAVID GREGORY BROWN |
| 08/26/2019 | **Alias Summons Issued** |
| | Document ID: 19-SMCC-8053, for AESTHETIC PHYSICIANS, P.C.. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. Note* You must not forward summons to the St. Louis County Sheriff/Process Server before issue date on summons. Failure to follow these instructions may result in your summons being returned. |

Case.net Version 5.14.0.11                        Return to Top of Page                        Released 04/25/2019

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

Monica Webb, Jennifer Jeffries, and
Terrikah Cook,

                                *Plaintiffs*,

               -v-                                    |   Case No. 19SL-CC01507

Aesthetic Physicians, P.C.

                                    and

Body Contour Centers, LLC

                                *Defendants*.

**NOTICE**

TO:    Body Contour Centers, LLC
       c/o CSC-LAWYERS INCORPORATING  SERVICE COMPANY
       221 Bolivar Street
       Jefferson City, MO 65101

The enclosed summons and petition are served pursuant to Missouri Supreme Court Rule 54.16.

You may sign and date the acknowledgement part of this form and return one copy of the completed form to the sender within thirty days of July 16, 2019.

If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

If you do complete and return this form, you or the party on whose behalf you are being served must answer the petition within thirty days of the date you sign the acknowledgement below. If you fail to do so, judgment by default may be taken against you for the relief demanded in the petition.

I DECLARE, UNDER PENALTY OF PERJURY, THAT THIS NOTICE WAS MAILED ON

July 16, 2019

David G. Brown
501 Fay St, Ste 201, Columbia, MO 65201

**ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND PETITION**

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Petition in the above captioned matter.

_____

Signature

_____

Relationship to Entity/Authority Receive Service of Process

_____

Date Signed

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

Monica Webb, Jennifer Jeffries, and
Terrikah Cook,

                                    *Plaintiffs,*

                    -v-                                 Case No. 19SL-CC01507

Aesthetic Physicians, P.C.

                                    and

Body Contour Centers, LLC

                                    *Defendants.*

**NOTICE**

TO:    Body Contour Centers, LLC
       c/o CSC-LAWYERS INCORPORATING SERVICE COMPANY
       221 Bolivar Street
       Jefferson City, MO 65101

The enclosed summons and petition are served pursuant to Missouri Supreme Court Rule 54.16.

You may sign and date the acknowledgement part of this form and return one copy of the completed form to the sender within thirty days of July 16, 2019.

If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

If you do complete and return this form, you or the party on whose behalf you are being served must answer the petition within thirty days of the date you sign the acknowledgement below. If you fail to do so, judgment by default may be taken against you for the relief demanded in the petition.

<u>I DECLARE, UNDER PENALTY OF PERJURY, THAT THIS NOTICE WAS MAILED ON</u>

July 16, 2019

_____
David G. Brown
501 Fay St, Ste 201, Columbia, MO 65201

**ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND PETITION**

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Petition in the above captioned matter.

_____
Signature

_____
Relationship to Entity/Authority Receive Service of Process

_____
Date Signed



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOHN D WARNER JR | Case Number: 19SL-CC01507 |
| Plaintiff/Petitioner:<br>MONICA WEBB | Plaintiff's/Petitioner's Attorney/Address<br>DAVID GREGORY BROWN<br>501 Fay Street<br>SUITE 201<br>vs. COLUMBIA, MO 65201 |
| Defendant/Respondent:<br>AESTHETIC PHYSICIANS, P.C.<br>DBA: SONO BELLO | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **BODY CONTOUR CENTERS, LLC**
Alias:
**DBA: SONO BELLO**

C/O CSC-LAWYERS INCORPORATING
SERVICE COMPANY
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

*COURT SEAL OF*



*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>11-JUL-2019</u>
Date

_____
Clerk

Further Information:
LG

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

*(Seal)*     Subscribed and sworn to before me on _____ (date).

My commission expires: _____        _____
                                    Date                            Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $ | (_____ miles @ $._____ per mile) |
| **Total** | $ | |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

## THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.   The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

**19SL-CC01507**

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| Monica Webb, Jennifer Jeffries, and Terrikah Cook, <br> *Plaintiffs*, <br> -v- <br> Aesthetic Physicians, P.C. d/b/a "Sono Bello," <br> and <br> Body Contour Centers, LLC d/b/a "Sono Bello," <br> *Defendants*. | Case No. _____ |

---

### PETITION

On behalf of themselves, and as putative class representatives, Plaintiffs plead the following original claims under the Missouri Merchandising Practices Act (Mo. Rev. Stat. Chapter 407).

**Summary and Nature of the Action**

1.  Defendants, doing business as "Sono Bello," have sold more than 135,000 surgical procedures and currently sell 10% of all liposuction surgery purchased in the United States.

2.  Defendants' marketing of Sono Bello's liposuction surgery is deceptive and violates the Missouri Merchandising Practice Act in that: (i) Defendants <u>falsely represent</u> that the surgery is performed using "FDA approved" laser liposuction systems; (ii) Defendants <u>falsely represent</u> that Sono Bello's liposuction systems have passed the most stringent level of FDA scientific

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

review; and (iii) Defendants create the false pretenses that the FDA has reviewed evidence derived from clinical trials of Sono Bello's liposuction systems (including device failures, patient complaints, complications, and adverse reactions) and that the FDA has determined that this evidence is sufficient to assure the public that Sono Bello's liposuction systems are safe and effective for laser assisted liposuction. As a result of this deceptive marketing, numerous persons have purchased elective liposuction surgery from Sono Bello that was not as advertised, that involved concealed risks, and that would not have been purchased if Defendants had truthfully disclosed that Sono Bello's liposuction systems are not FDA approved.

3.   For themselves and for certain other consumers who have purchased Sono Bello liposuction surgery, Plaintiffs seek an injunction, damages equivalent to a refund of all charges paid, punitive damages, and a statutory award of attorneys' fees.

**Parties**

4.   Defendant Aesthetic Physicians, P.C. ("Aesthetic Physicians") is an Arizona professional corporation.

5.   Defendant Body Contour Centers, LLC ("Body Contour Centers") is a Delaware limited liability company.

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

6.  Plaintiffs Monica Webb, Jennifer Jeffries, and Terrikah Cook are Missouri residents who purchased laser assisted liposuction surgery marketed and sold by Defendants doing business jointly under the trade name "Sono Bello."

### FDA-Related Background Facts

7.  Since May 28, 1976, the U.S. Food and Drug Administration (the "FDA") has regulated all new medical devices distributed in the United States. To be distributed lawfully, a non-exempt medical device must qualify for distribution under either of the FDA's two distinct regulatory processes: (i) "Premarket Approval" pursuant to 21 CFR 814; or "Premarket Notification" pursuant to 21 CFR 807 Subpart E.

8.  Premarket Approval (21 CFR 814) is a stringent review process that requires a premarket approval application, successful clinical trials conducted on human subjects, scientific data analysis (including analysis of device failures, patient complaints, complications, and adverse reactions), and inspections by the FDA's Office of Compliance. Sufficient valid scientific evidence must be submitted to assure that the medical device is safe and effective for its intended use. If the manufacturer or sponsor receives a letter from the FDA stating that its premarket approval application has been approved, it is thereafter lawful to promote the device as "FDA-approved."

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

9.  Premarket Notification (21 CFR 807 Subpart E) requires the filing of a 510(k) notification of intent to market a medical device at least 90 days in advance. Clinical trials, FDA inspections, scientific data analysis, and FDA review of scientific evidence are not required. A favorable 501(k) decision, which typically occurs in less than 90 days, clears the manufacturer or sponsor of a medical device to market the device subject to the FDA's prohibitions against misbranding, including a specific prohibition against making any representation that implies official approval of the device.

### Laser Assisted Liposuction Background Facts

10.    The liposuction surgery at issue in this action is performed using a workstation that includes a high-intensity laser, a laser fiber, and a cannula (a "laser liposuction system"). The surgery is properly known by various names, including laser assisted lipolysis, laser assisted liposuction, and laser assisted tumescent liposuction.

11.    In 1991, Heraeus Lasersonics sponsored a clinical trial of laser liposuction under an FDA-approved protocol. The clinical trial was intended to support a premarket approval application. The benefit of the laser was not significantly demonstrated by the clinical trial, and FDA approval was not obtained.

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

12.    On or about August 6, 2006, Cynosure, Inc. submitted a 510(k) premarket notification for an Nd:YAG laser. Less than three months later, on October 31, 2006, the FDA cleared Cynosure to market the Nd:YAG laser for laser lipolysis, subject to the FDA's prohibitions against misbranding (e.g., implying FDA approval).

13.    Between 2007 and the present, several companies have obtained FDA clearances to market devices for laser assisted lipolysis, resulting in the marketing of laser liposuction systems under various trade names, including SmartLipo, CoolLipo, ProLipo, LipoLite, Lipotheme, SlimLipo, SmoothLipo, SmartLipo MPX, SmartLipo Triplex, TriSculpt, and TriSculpt E/X.

14.    No laser liposuction system has ever successfully completed the FDA's Premarket Approval process (21 CFR 814).

15.    There is no laser liposuction system that can be lawfully marketed in the United States as "FDA approved."

**The Sono Bello Joint Venture**

16.    On February 25, 2012, Aesthetic Physicians, P.C. and Body Contour Centers, LLC (collectively, "Sono Bello" or "Defendants") formed a joint venture for the purpose of marketing and selling cosmetic and plastic surgery,

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

including liposuction, using the registered service mark SONO BELLO.[1] The joint venture operates pursuant to a "Services Agreement" with a 10-year term.

17.    Sono Bello markets and sells laser assisted liposuction at outpatient medical facilities in various states, including a facility located at 845 N. New Ballas Court, Suite 360, Creve Coeur, Missouri ("Sono Bello St. Louis"), and including a facility located at 10787 Nall Ave, Building 3, Suite 210, Overland Park, Kansas ("Sono Bello Kansas City").

18.    At all times material to this action, Sono Bello has published a website accessible at *www.sonobello.com* (the "Sono Bello website").

19.    Sono Bello has used the Sono Bell website to market and sell laser assisted liposuction to Missouri residents since at least March 1, 2012, when Sono Bello began promoting a "Fly In" program whereby Sono Bello offered to sell laser assisted liposuction to Missouri residents at various locations "within a short flight" of Missouri.

20.    Sono Bello has used Sono Bello Kansas City to market laser assisted liposuction to Missouri residents since at least February 24, 2013.

---

[1] All further mentions of *Sono Bello* refer to Defendants acting collectively as the joint venture known as "Sono Bello."

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

21.    Sono Bello has used Sono Bello St. Louis to market laser assisted liposuction to Missouri residents since at least February 4, 2013 and to sell laser assisted liposuction in Missouri since at least December 24, 2013.

22.    Sono Bello markets and sells laser assisted liposuction using the registered service marks TRISCULPT and TriSculpt E/X and using various marketing terms including "laser liposuction" and "body contouring."

23.    Sono Bello previously marketed and sold laser assisted liposuction using the trade names LipoLite and SmartLipo.

24.    All laser liposuction surgery marketed or sold by Sono Bello has been performed using a laser liposuction system (or workstation) that was not FDA-approved for laser liposuction or any other medical use.

**Defendants' Acts Declared Unlawful by Mo. Rev. Stat. § 407.020**

25.    As shown more fully below: (i) Defendants have engaged in a consistent pattern of deception and falsity in the marketing and sale of laser assisted liposuction; (ii) Defendants are presently violating Mo. Rev. Stat. §. 407.020; and (iii) each Defendant was violating Mo. Rev. Stat. § 407.020 at any point and at all points since at least March 1, 2012.

*Deceptive / False Medical Consent Forms*

26.    Beginning on or before February 14, 2014 and continuing until at least September 20, 2017, all of Sono Bello's liposuction customers have been

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

requested to read, and have been required to date and sign, standardized medical consent paperwork that contains the representations made in **Exhibit A**, including the representation that the laser assisted liposuction offered for sale by Sono Bello is performed using an "FDA-approved" laser liposuction system. The contents of Exhibit A are adopted into this pleading by reference.

27.     [On information and belief:] Since at least March 1, 2012, all of Sono Bello's liposuction customers have been requested to read, and have been required to date and sign, paperwork containing representations substantially similar to the representations made in Exhibit A, including the representation that the laser assisted liposuction offered for sale by Sono Bello is performed using an "FDA-approved" laser liposuction system.

*Deceptive / False Company Website*

28.     Beginning as early as October 20, 2009, and continuing until at least October 5, 2011, Sono Bello used the Sono Bello website, and the URL http://sonobello.com/procedures/laser-liposuction/, to disseminate to the general public the information attached as **Exhibit B**, including representations that: (i) LipoLite™ is an FDA-approved micro-laser liposuction system; (ii) SmartLipo™ is an FDA-approved micro-laser liposuction system; and (iii) SmartLipo™ technology obtained FDA approval in 2006. The contents of Exhibit B are adopted into this pleading by reference.

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

*Deceptive / False Internet Advertising*

29.     As recently as March 27, 2017, Sono Bello used the website

www.laserlipoguide.com to represent to the general public the information

attached as **Exhibit C,** including representations that: (i) all liposuction

systems used by Sono Bello are FDA approved; and (ii) TriSculpt™, LipoLite™,

and SmartLipo™ are FDA-approved liposuction systems. The contents of

Exhibit C are adopted into this pleading by reference.

*Violations*

30.     As alleged in the preceding five paragraphs, Defendants have

engaged in a practice of falsely representing that the liposuction surgery sold

by Sono Bello is performed using FDA-approved laser liposuction systems.

(i) This practice has the tendency and capacity to mislead and deceive

consumers concerning whether the FDA has determined the safety and

effectiveness of Sono Bello's liposuction systems under the FDA's

Premarket Approval process and whether Sono Bello's liposuction systems

have passed the most stringent level of FDA scientific review; this practice

tends to create a false impression that these things have occurred; and as

such, this practice is an act, use, and employment by Defendants of

deception in violation of Mo. Rev. Stat. § 407.020 and 15 CSR 60-9.020.

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

(ii) This practice involves falsehood, deception, breach of legal and equitable duty arising under 21 CFR 807.97, it was injurious to Plaintiffs and the proposed class members, and as such it is fraud in violation of Mo. Rev. Stat. § 407.02015 CSR 60-9.040.

(iii) Defendants' representation that the liposuction surgery sold by Sono Bello is performed using FDA approved laser liposuction systems is an untrue statement of material fact in connection with the advertisement of Sono Bello's liposuction surgery, and as such it was and is misrepresentation in violation of Mo. Rev. Stat. § 407.020 and 15 CSR 60-9.080.

(iv) Defendants' representation that the liposuction surgery sold by Sono Bello is performed using FDA approved laser liposuction systems is an assertion by Defendants, in connection with the advertisement of liposuction surgery, that Defendants intend to induce consumers to purchase liposuction surgery, Defendants have always known that the assertion is not in accord with the facts, and as such, the representation is and was misrepresentation in violation of Mo. Rev. Stat. § 407.020 and 15 CSR 60-9.100

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

**Ascertainable Loss**

31.    Sono Bello's conduct, as described above, tricked and misled consumers, including Plaintiffs, to wrongly believe that Sono Bello's surgeons use FDA-approved laser liposuction systems.

32.    Sono Bello's conduct, as described above, tricked and misled consumers, including Plaintiffs, to wrongly believe that Sono Bello's laser liposuction systems have successfully completed FDA-reviewed clinical trials studying safety, effectiveness, device failures, complications, and adverse reactions.

33.    Sono Bello's conduct, as described above, tricked and misled consumers, including Plaintiffs, to wrongly believe that Sono Bello's laser liposuction systems have successfully completed the FDA's Premarket Approval process pursuant to 21 CFR 814 and have obtained official FDA approval for the intended use of laser assisted liposuction.

34.    The truth of the matters set forth in the three preceding paragraphs have been misrepresented to consumers (including Plaintiffs and the proposed class members) as a result of the use and employment by Defendants of the unlawful methods, acts, and practices set forth in this pleading, and all consumers who have purchased liposuction from Sono Bello have suffered benefit-of-the-bargain damages as a result.

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

35.    The surgery that Plaintiffs and the proposed class members purchased was worth less than the surgery they thought they had purchased had Sono Bello's representations been true.

36.    Sono Bello's laser assisted liposuction surgery is essentially worthless.

**Statute of Limitations Issues as to Certain Class Members**

37.    Because Sono Bello sells liposuction surgery to consumers within a physician-patient relationship, it is reasonable for consumers to rely on information contained in medical consent forms to determine the truth concerning the surgery they are purchasing from Sono Bello.

38.    It would be unreasonable to require a consumer, in addition to consulting with a physician during the medical consent process, to make an independent investigation to ascertain whether the physician or a medical consent form presented by the physician misrepresents the liposuction surgery sold by Sono Bello.

39.    As set forth above, Sono Bello has disseminated false information about the liposuction surgery that it sells, such that a consumer who attempts to make an investigation to ascertain whether a physician has misrepresented the surgery will be tricked and misled.

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

40.    For the purposes of Mo. Rev. Stat. § 516.280, Defendants' unlawful acts, as alleged throughout this pleading, are improper acts that have prevented the commencement of this action by preventing consumers from ascertaining the benefit-of-the-bargain damages alleged in this pleading

41.    Consumers do not know and are not capable of discovering the truth of the matters set forth in this pleading.

42.    A consumer cannot reasonably ascertain the true value of the liposuction surgery sold by Sono Bello.

43.    Defendants' conduct, as described above, has prevented consumers from making independent inquiry about the clinical testing, safety, effectiveness, device failures, complications, and adverse reactions associated with the laser liposuction systems used by Sono Bello.

**Class Action Allegations**

44.    Pursuant to Mo. Rev. Stat. § 417.025.2, Plaintiffs institute this action as representatives of a class of persons (the "proposed class") consisting of: (i) all persons who have purchased laser assisted liposuction at Sono Bello St. Louis; and (ii) all Missouri residents who have purchased laser assisted liposuction at any other Sono Bello facility at any time on after March 1, 2012.

45.    Excluded from the proposed class are: Defendants, including any parent, subsidiary, affiliate, or controlled person of a Defendant; Defendants'

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

officers, directors, agents, and employees; the judicial officers assigned to this litigation; and members of their staffs and immediate families. Also excluded from the proposed class are those claiming they have suffered a personal injury as a result of undergoing laser assisted liposuction sold by Sono Bello.

46.   Plaintiffs specifically exclude from the proposed class action all damages, losses, and other relief arising from personal injuries caused by laser assisted liposuction sold by Sono Bello. The class action seeks only economic and injunctive relief to which class members are entitled under the MMPA.

47.   The proposed class is so numerous that joinder of all members is impracticable in that [on information and belief] more than 1,000 persons have purchased laser assisted liposuction from Sono Bello St. Louis.

48.   There are questions of law and fact common to the proposed class, including without limitation:

A. Whether Defendants violated the MMPA by expressly representing to its customers that they were being offered surgery performed with an FDA approved laser liposuction system;

B. Whether Defendants violated the MMPA by using the Internet to disseminate the representation that LipoLite is an FDA-approved micro-laser liposuction system;

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

C.  Whether Defendants violated the MMPA by using the Internet to disseminate the representation that SmartLipo is an FDA-approved liposuction system;

D.  Whether Defendants violated the MMPA by using the Internet to disseminate the representation SmartLipo technology obtained FDA approval in 2006; and

E.  Whether Defendants violated the MMPA by using the Internet to disseminate the representation that TriSculpt is an FDA-approved liposuction system.

49.    The questions of law and fact common to the members of the proposed class predominate over any questions affecting only individual members, and a class action is superior to other available methods for the fair and efficient adjudication of the controversy in that:

A.  The members of the proposed class have no substantial interest in individually controlling the prosecution of separate actions;

B.  There is no known litigation concerning the controversy already commenced by members of the proposed class against Defendants;

C.  It is desirable to concentrate the litigation of the claims in the Circuit Court of St. Louis County because Defendants' sales location in Missouri is

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

located in St. Louis County and each Plaintiff purchased laser assisted

liposuction from Defendants at that location; and

    D.   This class action will not be difficult to manage in that the proposed

class members can be identified and notified, including as to the value of a

refund, from existing records maintained by Sono Bello.

50.    The claims of the Plaintiffs are typical of the claims of the proposed

class in that each of them suffered the same injury (purchasing laser assisted

liposuction that was not as represented) as a result of the same unlawful

conduct of Defendants, which conduct was part of a general campaign to

market and sell laser assisted liposuction in Missouri and to Missouri

consumers that was identical as to each potential customer and that was not

in any way individualized.

51.    The Plaintiffs will fairly and adequately protect the interests of the

proposed class in that the interests of the Plaintiffs do not conflict with the

interests of the members of the proposed class, and the same acts and

practices of Defendants have caused similar injuries to the Plaintiffs and to the

members of the proposed class.

52.    The prosecution of separate actions by individual members of the

proposed class would create a risk of inconsistent and varying adjudications

with respect to individual members of the proposed class which would

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

establish incompatible standards of conduct for Defendants, which markets

laser assisted liposuction to the general public.

53.    Defendants have acted in their marketing and sales of laser assisted

liposuction on grounds generally applicable to the proposed class, thereby

making appropriate the same final injunctive relief with respect to the

proposed class as a whole.

## Claim 1 – Class Action

54.    Plaintiffs, as representatives of the proposed class, adopt all

preceding parts of this pleading and institute the following claim as a class

action under the MMPA.

55.    The acts, uses, and employments by Defendants, as described more

fully above, constitute deception, fraud, misrepresentation, and the

concealment, suppression, and omission of material fact in connection with

the sale and advertisement of laser assisted liposuction in trade and

commerce in the state of Missouri, all in violation of Mo. Rev. Stat. § 407.020.

56.    As a result of Defendants' violations of Mo. Rev. Stat. § 407.020: (i)

each person who has purchased laser assisted liposuction surgery at Sono

Bello St. Louis has suffered an ascertainable loss equivalent to a refund of the

purchase price; and (ii) each Missouri resident who has purchased laser

assisted liposuction surgery at any other Sono Bello facility at any time on

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

after March 1, 2012 has suffered an ascertainable loss equivalent to a refund of the purchase price.

57.    Each member of the proposed class purchased liposuction surgery for personal purposes.

58.    Defendants' conduct in violation of Mo. Rev. Stat. § 407.020 has been wanton, willful, and outrageous; Defendants have recklessly disregard the consequences of such conduct; and Defendants have recklessly disregarded the rights and interests of the members of the proposed class, including each Plaintiff.

### Claim 2 – Monica Webb

Plaintiff Monica Webb adopts by reference: (i) the statements in Claim 1 of this pleading, including all material adopted by reference into Claim 1; and (ii) the content of **Exhibit D** to this pleading.

59.    On or about September 16, 2016, Sono Bello falsely represented to Webb that the laser assisted liposuction surgery offered for sale by Sono Bello is performed using an "FDA-approved" laser liposuction system.

60.    On or about September 20, 2016, Webb purchased the falsely-represented surgery from Sono Bello at a purchase price of $7,037.89.

61.    Webb purchased the falsely-represented surgery primarily for personal purposes.

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

62.    Webb has suffered an ascertainable loss of $7,037.89 as a result of the use and employment by Sono Bello of the unlawful methods, acts, and practices described in this Claim.

### Claim 3 – Jennifer Jeffries

Plaintiff Jennifer Jeffries adopts by reference: (i) the statements in Claim 1 of this pleading, including all material adopted by reference into Claim 1; and (ii) the content of **Exhibit E** to this pleading.

63.    On or about April 29, 2015, Sono Bello falsely represented to Jeffries that the laser assisted liposuction surgery offered for sale by Sono Bello is performed using an "FDA-approved" laser liposuction system.

64.    On or about April 30, 2015, Jeffries purchased the falsely-represented surgery from Sono Bello at a purchase price of $6,380.

65.    Jeffries purchased the falsely-represented surgery primarily for personal purposes.

66.    Jeffries has suffered an ascertainable loss of $6,380 as a result of the use and employment by Sono Bello of the unlawful methods, acts, and practices described in this Claim.

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

## Claim 4 – Terrikah Cook

Plaintiff Terrikah Cook adopts by reference: (i) the statements in Claim 1 of this pleading, including all material adopted by reference into Claim 1; and (ii) the content of **Exhibit F** to this pleading.

67.    On or about April 7, 2015, Sono Bello falsely represented to Cook that the laser assisted liposuction surgery offered for sale by Sono Bello is performed using an "FDA-approved" laser liposuction system.

68.    On or about April 14, 2015, Cook purchased the falsely-represented surgery from Sono Bello at a purchase price of $12,775.

69.    Cook purchased the falsely-represented surgery primarily for personal purposes.

70.    Cook has suffered an ascertainable loss of $12,775 as a result of the use and employment by Sono Bello of the unlawful methods, acts, and practices described in this Claim.

## Request for Judgment and Relief

Plaintiffs demand judgment against Defendants, and Plaintiffs request the following relief.

• An injunction prohibiting Defendants from engaging in the conduct alleged in this pleading that violates Mo. Rev. Stat. § 407.020.

• Certification of the proposed class.

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

- For each member of the proposed class: (i) an award of actual damages equivalent to a refund of the purchase price paid to Sono Bello; (ii) an award of punitive damages in an amount equal to nine times the award of actual damages; (iii) a statutory award of attorneys' fees pursuant to Mo. Rev. Stat. § 407.025; and (iv) such additional equitable relief as the Court deems just.

- For Plaintiff Monica Webb: (i) an award of damages in the amount of $7,037.89; (ii) an award of punitive damages in the amount of $63,341.01; (iii) a statutory award of attorneys' fees pursuant to Mo. Rev. Stat. § 407.025; (iv) a class representative incentive award; and (v) such additional equitable relief as the Court deems just.

- For Plaintiff Jennifer Jeffries: (i) an award of actual damages in the amount of $6,380; (ii) an award of punitive damages in the amount of $57,420; (iii) a statutory award of attorneys' fees pursuant to Mo. Rev. Stat. § 407.025; (iv) a class representative incentive award; and (v) such additional equitable relief as the Court deems just.

- For Plaintiff Terrikah Cook: (i) an award of actual damages in the amount of $12,775; (ii) an award of punitive damages in the amount of $114,975; (iii) a statutory award of attorneys' fees pursuant to Mo. Rev.

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

Stat. § 407.025; (iv) a class representative incentive award; and (v) such additional equitable relief as the Court deems just.

Undersigned counsel verifies that he signed the original of this pleading.

Respectfully Submitted By:

/s/ David G. Brown
David G. Brown Mo. Bar #42559
Brown Law Office
501 Fay St, Ste 201
Columbia, MO 65201
(573) 814-2375
dbrown@brown-lawoffice.com

19SL-CC01507

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM



## LASER ASSISTED LIPOSUCTION CONSENT

Thank you for choosing Sono Bello. In our ongoing efforts to provide you with the best possible service, we ask that you read this procedural consent form and ask any questions necessary to help you fully understand it. Please sign only after careful review and consideration.

### WHAT IS LASER ASSISTED BODY SCULPTING BY SONO BELLO:

Sono Bello offers laser assisted liposuction using FDA approved minimally invasive laser liposuction systems designed to decrease localized body fat. A very small instrument with a laser fiber is inserted under the skin and into the fat layer. The laser destroys the fat cells, which are removed by gentle suction. The laser also coagulates blood vessels resulting in less bleeding and bruising. Because of its small instrument size it is ideal for body contouring and for treating areas that have been difficult to treat with traditional liposuction such as under the chin and upper arms. It is also thought to stimulate collagen formation resulting in additional skin tightening.

### WHAT IS TUMESCENT LIPOSUCTION?

Tumescent liposuction is a modification of traditional liposuction where a solution is injected into the fat layer and later removed by suction. The solution contains dilute lidocaine and epinephrine. In addition to assisting with the procedure this solution provides pain relief and decreases bleeding and bruising. Tumescent liposuction allows for more fat to be removed and is ideal for larger body areas.

**NOTE:** In most cases laser assisted and tumescent liposuction will be used together for best results.

### ANESTHESIA/SEDATION:

Sono Bello specializes in doing procedures safely under local anesthesia. Patients may be offered a combination of the following five types of oral medications: 1. Valium type medication for relaxation. 2. Pain medication, often a narcotic. 3. Anti-nausea medication. 4. Antibiotics to prevent infection. 5. Medication to control blood pressure and pulse. In some instances intramuscular narcotics for pain management may be injected. Lidocaine type anesthetic products are used to numb the skin. Lidocaine is present in the tumescent solution. Metabolism of lidocaine can be affected by many medications. Your full disclosure of the medications you are taking, including herbals and over the counter medications, is essential. Symptoms of lidocaine toxicity may include lightheadedness, restlessness, and drowsiness, ringing in the ears, slurred speech and numbness around the mouth. Peak levels of lidocaine in the blood occur at about 12 hours and therefore observation by a competent adult is required for the first 24 hours after surgery. You will need to indicate if you are allergic to any of these medications or if there are any special medication needs. Arnica is a natural herb product that may be purchased separately to help control swelling and bruising and to decrease healing time.

### INTRAVENOUS (IV) ACCESS:

A medical situation may arise during your surgery where you will need intravenous fluid or medication. As a precautionary measure you will have an IV port inserted for surgeries in which more than 2000 mL of total fat and tumescent solution are expected to be removed or if you are a Type I diabetic.

### DISCOMFORT:

This is not a painless procedure. Patient discomfort will vary. The use of the above mentioned medications will decrease your discomfort which should be tolerable. This is an awake procedure not done under heavy sedation or general anesthesia; therefore, you are encouraged to bring discomfort issues to our attention during the procedure so that we may continually address them.

### POTENTIAL BENEFITS:

Anticipated benefits include improved figure, contour and shape. Scientific literature has indicated that the use of the laser affords less pain, bruising and swelling. It may also offer faster healing.

### ALTERNATIVES:

This is an elective cosmetic procedure that is not performed to improve health. Alternatives include weight reduction, diet, exercise, traditional plastic surgery and no treatment.

Patient Initials _____

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

4/9/2019                          Non-Invasive Laser Liposuction, Tumescent Liposuction & Smartlipo | Sono Bello

http://sonobello.com/procedures/laser-liposuction/                    Go

52 captures
20 Oct 2009 - 12 Nov 2017

JUL   AUG   SEP
22
2010  2011  2012

19SL-CC01507

**Smartlipo™ – Laser Technology**

Sono Bello offers laser body contouring using LipoLite™ & SmartLipo™ technologies. Both are FDA-approved micro-laser liposuction systems. A tiny instrument (a micro-cannula) with a laser fiber is inserted under the skin and into the fat layer. The laser liquefies the fat cells which are then removed with gentle suction. This results in far less **bleeding and bruising** than with traditional liposuction. In fact, our micro-laser is so tiny that it can also contour small areas that couldn't be treated in the past, such as upper arms and under the chin. These techniques stimulate collagen formation which helps the skin tighten up after the fat has been permanently removed.

If you've heard our technique referred to as "smart lipo" it's for good reasons. It is not only a fitting name for an innovative liposuction technology, but it is also the brand name of the first FDA approved device of its kind. SmartLipo™ is a trademarked laser device produced by Cynosure, Inc. The technology has been available in Europe since 2004, and it was first approved in the US in 2006.

At Sono Bello we customize our procedures to the **individual needs of each patient**. Our specialists perform surgeries combining the best of many techniques that have been perfected by our expert surgeons. For instance, in cases where substantial amounts of fat need to be removed we combine our SmartLipo™ procedures with tumescent liposuction techniques to produce dramatic "laser-assisted liposuction" results that simply weren't possible before.

See all Before & After Photos

**It's your life. Live it Beautifully.®**

**FOLLOW US**




©2011 Sono Bello. All rights reserved.
Sono Bello is a registered trademark of Sono Bello.
FAQ | Privacy Policy | LIVECHAT

https://web.archive.org/web/20110822213425/http://sonobello.com/procedures/laser-liposuction/

Petition Exhibit "B"

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

3/16/2017      Laser Lipo – Laser Lipo Virender Singhal, M.D.



19SL-CC01507

*LaserLipo* ___.com



**Virender Singhal, M.D.**

overlandparkinquiry@sonobello.com    City: Overland Park    State: KS

| 25 Miles ▼ |

Sono Bello – Kansas City
1-877-SONOBELLO
(913) 601-6490
Corporate Medical Plaza Bldg #3 10787 Nall Ave
Suite #210
Overland Park, KS 66211

Website:
sonobello

| Find Surgeon |



Home
Blog
Laser Liposuction
Surgeon Locator
Information
Techniques
Areas of Liposuction
After Surgery Care
Cost
Before and After Pictures
For Surgeons and Surgical Centers
Get Your Practice Listed
Training
Tools & Resources

Share!
61
Like

Tweet

8
G+1

### About Virender Singhal, M.D.

Sono Bello uses the TriSculpt™ method to help you achieve your body contouring goals. There are three facets to the TriSculpt™ process including: wide-awake localized anesthesia, power-assisted liposuction and laser-assisted liposuction. The Sono Bello's TriSculpt™ process helps patients enjoy the benefits of modern technology with the expertise of our highly skilled physicians. Sono Bello offers laser body contouring using LipoLite™ & SmartLipo™ technologies. All "lipo" systems are FDA-approved. At Sono Bello, we customize our procedures to the individual needs of each patient. All of our specialists perform surgeries combining the best of many techniques that have been perfected by our expert surgeons. For instance, in cases where substantial amounts of fat need to be removed we combine our SmartLipo™ procedures with tumescent liposuction techniques to produce dramatic results that simply weren't possible before. If you are looking to add contour and shape and enhance your features, Sono Bello is the right place. It's your Life. Live it Beautifully.

Dr. Singhal has been recognized as the ◆Super Doctor◆ for last seven consecutive years in Kansas City. This nomination is made by all the plastic surgeons in the city. His focus is on the patient and treating them with honesty and integrity. He is board certified by the American Board of Plastic Surgery. He is board certified by the American Board of Plastic Surgery.

| Procedures Performed | Career Information | Affiliations |
|---|---|---|
| • Body Contouring | **Time of Experience (years)** | American Society of Plastic |
| • Fat Removal | 30+ | Surgeons; American College of |
| • LaserSculpture | | Surgeons; Fellow American |
| • LipoSculpting | **Board Certification** | Association of Plastic Surgeons; |
| • Liposuction | American Board of Plastic Surgery | American Society of Laser |
| • SmartLipo | | Medicine; Plastic Surgery |
| • TriSculpt◆ | **Medical Degree** | Research Council |
| • VelaShape◆ | University College of Medical | |
| • Venus Freeze | Sciences, University of Delhi, India | |
| | Doctor of Medicine | |
| | | |
| | **Internship** | |
| | Safdarjang Hospital, New Delhi, | |
| | India Medicine/Surgery | |
| | | |
| | **Residency** | |
| | Addenbrooke◆s Hospital, | |
| | Cambridge, England; St Lawrence | |
| | Hospital, Wales; Bronx Lebanon | |
| | Hospital Center, NY; University of | |
| | Utah, UT | |
| | | |
| | **Aesthetic Medicine Experience** | |
| | Burns and Plastic Surgery; | |
| | Craniomaxillofacial Surgery | |
| | | |
| | **Medical or Professional License** | |
| | Kansas | |

Please call at
(800) 969-4094 to
be added to
"sonobello"
in this directory.

**Before And After Photos**



Petition Exhibit C

19SL-CC01507

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM



# LASER ASSISTED LIPOSUCTION CONSENT

Thank you for choosing Sono Bello. In our ongoing efforts to provide you with the best possible service, we ask that you read this procedural consent form and ask any questions necessary to help you fully understand it. Please sign only after careful review and consideration.

**WHAT IS LASER ASSISTED BODY SCULPTING BY SONO BELLO:**

Sono Bello offers laser assisted liposuction using FDA approved minimally invasive laser liposuction systems designed to decrease localized body fat. A very small instrument with a laser fiber is inserted under the skin and into the fat layer. The laser destroys the fat cells, which are removed by gentle suction. The laser also coagulates blood vessels resulting in less bleeding and bruising. Because of its small instrument size it is ideal for body contouring and for treating areas that have been difficult to treat with traditional liposuction such as under the chin and upper arms. It is also thought to stimulate collagen formation resulting in additional skin tightening.

**WHAT IS TUMESCENT LIPOSUCTION?**

Tumescent liposuction is a modification of traditional liposuction where a solution is injected into the fat layer and later removed by suction. The solution contains dilute lidocaine and epinephrine. In addition to assisting with the procedure this solution provides pain relief and decreases bleeding and bruising. Tumescent liposuction allows for more fat to be removed and is ideal for larger body areas.

**NOTE:** In most cases laser assisted and tumescent liposuction will be used together for best results.

**ANESTHESIA/SEDATION:**

Sono Bello specializes in doing procedures safely under local anesthesia. Patients may be offered a combination of the following five types of oral medications: 1. Valium type medication for relaxation. 2. Pain medication, often a narcotic. 3. Anti-nausea medication. 4. Antibiotics to prevent infection. 5. Medication to control blood pressure and pulse. In some instances intramuscular narcotics for pain management may be injected. Lidocaine type anesthetic products are used to numb the skin. Lidocaine is present in the tumescent solution. Metabolism of lidocaine can be affected by many medications. Your full disclosure of the medications you are taking, including herbals and over the counter medications, is essential. Symptoms of lidocaine toxicity may include lightheadedness, restlessness, and drowsiness, ringing in the ears, slurred speech and numbness around the mouth. Peak levels of lidocaine in the blood occur at about 12 hours and therefore observation by a competent adult is required for the first 24 hours after surgery. You will need to indicate if you are allergic to any of these medications or if there are any special medication needs. Arnica is a natural herb product that may be purchased separately to help control swelling and bruising and to decrease healing time.

**INTRAVENOUS (IV) ACCESS:**

A medical situation may arise during your surgery where you will need intravenous fluid or medication. As a precautionary measure you will have an IV port inserted prior to your surgery.

**DISCOMFORT:**

This is not a painless procedure. Patient discomfort will vary. The use of the above mentioned medications will decrease your discomfort which should be tolerable. This is an awake procedure not done under heavy sedation or general anesthesia; therefore, you are encouraged to bring discomfort issues to our attention during the procedure so that we may continually address them.

**POTENTIAL BENEFITS:**

Anticipated benefits include improved figure, contour and shape. Scientific literature has indicated that the use of the laser may afford less pain, bruising and swelling. It may also offer faster healing.

**ALTERNATIVES:**

This is an elective cosmetic procedure that is not performed to improve health. Alternatives include weight reduction, diet, exercise, traditional plastic surgery and no treatment.

Patient Initials _MW_

Revised Jun 21 2016

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

**NO GUARANTEE:**
I understand that no specific guarantees are written, implied or made by clinic or its staff and that no comments, conversations or literature or website information are to be construed as otherwise.

**REALISTIC EXPECTATIONS:**
Liposuction is an elective cosmetic procedure to improve appearance. The practice of medicine and surgery is not an exact science and results are not guaranteed. Results will vary among patients. Before and after photos published in literature or in electronic format are not necessarily typical of the result any one patient may expect. Laser Assisted Liposuction is a method of removing localized fatty deposits that do not respond to diet or exercise. This is not a substitute for weight reduction. Cellulite (dimpled skin) benefit is not assured. This is not a treatment for loose skin, which may require a surgical procedure. The best candidates are near their ideal body weight with firm elastic skin and localized fat. A healthy lifestyle of diet and exercise may help you obtain better results. Individuals with poor skin tone, certain medical problems, obesity or unrealistic expectations may not be good candidates. Aging, weight gain or loss, pregnancy and other circumstances may alter the benefits over time. *I understand that in the unlikely case that I am not satisfied with the procedure and/or a second procedure is necessary that such revisions are not included in the initial fees but may be billed at a discounted rate. Sono Bello does not provide post-procedure refunds under any circumstance.*

**MEDICAL HISTORY:**
I will disclose a full and accurate personal medical history including any and all information regarding medical conditions and my use of medications, drugs, herbs, vitamins, or other supplements of any kind, both prescribed and over the counter. I understand that failure to do so may affect my treatment outcome and may increase the likelihood or severity of complications. I will provide an updated medical history at each visit.

**NOTE:** In some instances we may require the patient to consult his/her personal physician obtaining written consent for treatment. We should receive this prior to the scheduled procedure to avoid scheduling conflicts.

**PREGNANCY IN FEMALES:** FOR SAFETY REASONS SURGERY WILL NOT BE PERFORMED IF YOU ARE PREGNANT. YOU UNDERSTAND ADMINISTRATION OF A URINE PREGNANCY TEST WILL BE CONDUCTED BEFORE YOUR SURGERY IF YOU ARE UNDER 60 YEARS OF AGE AND HAVE NOT HAD A HYSTERECTOMY WITH ABSENCE OF MENSTRUAL PERIODS.

_____MU____ INITIAL HERE TO CONFIRM THAT YOU ARE NOT PREGNANT NOR SUSPECT YOU ARE PREGNANT.

**CAUTIONS FOR THE USE OF THE LASER AND/OR LIPOSUCTION SURGERY:**
- Current or past cancer, especially skin cancer, and premalignant moles.
- Active skin lesions in the treatment area including rashes, infection, psoriasis and eczema. Hernia in treatment area.
- Treatment over tattoos, permanent makeup or excessively tanned skin (including from tanning creams).
- History of chronic skin disorders, keloids, abnormal wound healing and very dry or fragile skin.
- History of excessive bleeding, coagulopathies or use of anticoagulants.
- Pregnancy, breast feeding or within three months of vaginal childbirth.
- Impaired immune system due to diseases such as AIDS and HIV or the use of immunosuppressive medications.
- Severe medical conditions such as cardiac disorders, poorly controlled diabetes or excessive lipemia.
- Diseases stimulated by light (seizures) or heat (history of Herpes simplex in treatment area requires pretreatment).
- Use of photosensitizing medications such as isotretinoin (Accutane) within the last six months; tetracycline or St. John's Wort within the last two weeks.
- Any surgical procedure in the treatment area within the last six months or before complete healing.
- At the discretion of the surgeon any condition which might make it unsafe for the patient.

**PHOTOGRAPHS / VIDEOTAPES / COMPUTER IMAGES:**
I understand that photographs, videotapes or computer images may be taken and that they may be used to aid in my treatment plan, to document treatment progress, for marketing, educational, research or study purposes and that these will remain the property of the facility. I understand that my identity will be kept strictly confidential.

Patient Initials MU

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

**SURGICAL STAFF:**
Your surgery will be primarily performed by one of our qualified surgeons.  A Physicians Assistant, Nurse Practitioner, Surgical Assistant or Registered Nurse may assist the surgeon.  There may also be a Scrub Technician, Medical Assistant or similarly qualified medical professional present.  Any medications (see Anesthesia/Sedation above) will be at the direction of the surgeon.  For quality assurance and process improvement purposes we provide periodic in house training and monitoring of our physicians.  Please let us know if you have any concerns regarding these issues.

**RISK/SIDE EFFECTS:**
Although these may normally occur, any concern should be reported to our office immediately.  The most common post-operative concerns are hematoma (bleeding under the skin), seroma (fluid collection under the skin) and infection.  Development of a hematoma or seroma may require drainage.  You may experience pain, redness, swelling, skin discoloration, alteration of the natural skin texture (scratching, crusting, blister or burn), bleeding or bruising, skin contour irregularities and/or asymmetry, loose skin, persistent swelling, poor healing, nerve/muscle/blood vessel damage, scarring, persistent pain, allergic reactions or other complications related to surgery and/or anesthesia including death.  You may notice a burn like effect from skin stretching, friction or laser heat, especially in areas of thin skin.  It is common to have decreased skin sensation in the area of the procedure, which usually resolves over several weeks.  Fat embolism and blood clots in the legs (deep vein thrombosis (DVT)) or lung (pulmonary embolism (PE)) are rare but a risk of any surgical procedure.  Removal of localized fat may make overlying loose skin more prominent.  Other complications could occur that are not evident with your particular case prior to or following the procedure.  Any of the above, if severe enough, may require further treatment, hospitalization or other medical care.  Initial payment does not include additional surgery or treatment.  The healing process will involve an initial period of swelling and light bruising.  This will be most noticeable on the 2nd or 3rd day after surgery and generally gone within a couple of weeks.  The incision area can become thickened and red as part of the normal healing.  Contact us anytime for any concerns.

**CONFIDENTIALITY:**
I understand that no information regarding services performed shall be released without my consent except as follows:  I authorize that copies of my medical records may be sent to another Sono Bello location if I seek additional treatment at that location.  I understand that, in addition to clinic personnel, the clinic's Medical Director(s) and any consulting physicians shall have access to my records.  I understand that, in addition to clinic personnel, the clinic's Medical Director(s) and any consulting physicians shall have access to my records.  I consent to the release of my medical records by clinic personnel, the clinic's physician(s) or consulting physicians to a hospital, emergency room, medical providers, or emergency personnel providing follow-up care resulting from my procedure.  I consent to Sono Bello obtaining medical records related to my procedure and any follow-up care from hospitals, emergency rooms or services, physicians and consultants.  I understand that appropriate medical review may be conducted to further the safety and efficacy of services.  I understand the clinic may provide anonymous limited information to various third-party vendors to assist with database development, referral services or marketing research.  The clinic will maintain copies of all records as required by law.  If requested I have received a copy of the clinic HIPAA / Privacy Policy for review.  I understand that by written request I can revoke the consent of release of my medical records at any time except to the extent that action has been taken.

**POST-EXPOSURE LABORATORY TEST:**
If a Sono Bello staff member is accidentally exposed to my blood or body fluids by an accidental needle stick or other means, I consent to having my blood drawn and tested for Hepatitis B, Hepatitis C and HIV as required of me by the Occupational Safety and Health Administration (OSHA).  I understand that this will be done at no cost to me and that all results will be kept confidential and only disclosed as required by law.

I authorize release of information the day of surgery and for the following 7 days to those known to be involved in my surgical care (i.e. driver and 24 hour caretaker) and to those listed here:

_____

**ADDITIONAL INFORMATION:** _____

_____

_____

Patient Initials MW

Revised Jun 21 2016

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

**FOLLOW-UP:**

You will receive a follow up phone call from us after your surgery. We will schedule your routine follow up visits. We are available anytime during office hours to see you for immediate concerns.  You may reach us at any time by calling 1-800-511-6880.

**CONSENT ACKNOWLEDGEMENT:**

I understand and will follow the provided instructions knowing that this will improve my outcome and lessen the possibility of complications.

My signature attests to the fact that I have fully read this entire consent form, that I am a competent adult of at least 18 years of age, that I have had all questions and concerns answered to my satisfaction, that I understand and agree to the information contained within and have received a written copy.  I understand the surgeon may provide other surgical services to enhance the cosmetic result and/or to address unanticipated issues noted during surgery.  I assume the risks and complications indicated and understand there may be unforeseen risks not included in this consent and wish to proceed with surgery.

Patient Name: _Monica Webb_

Patient Signature: _[signature]_     Date: _9/16/16_

Witness Signature: _Jf Shepardson_

**SURGEON ATTESTATION:**

As the surgeon, I attest that the information in this Informed Consent has been discussed with the patient, the patient has had the opportunity to have any questions or concerns addressed and that the patient is a suitable candidate for liposuction surgery.

Surgeon Name: _Shatz_

Surgeon Signature: _[signature]_

Date: _9/16/16_ ___ Time: _1415_

19SL-CC01507

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM



# LASER ASSISTED LIPOSUCTION CONSENT

Thank you for choosing Sono Bello. In our ongoing efforts to provide you with the best possible service, we ask that you read this procedural consent form and ask any questions necessary to help you fully understand it. Please sign only after careful review and consideration.

**WHAT IS LASER ASSISTED BODY SCULPTING BY SONO BELLO:**
Sono Bello offers laser assisted liposuction using FDA approved minimally invasive laser liposuction systems designed to decrease localized body fat. A very small instrument with a laser fiber is inserted under the skin and into the fat layer. The laser destroys the fat cells, which are removed by gentle suction. The laser also coagulates blood vessels resulting in less bleeding and bruising. Because of its small instrument size it is ideal for body contouring and for treating areas that have been difficult to treat with traditional liposuction such as under the chin and upper arms. It is also thought to stimulate collagen formation resulting in additional skin tightening.

**WHAT IS TUMESCENT LIPOSUCTION?**
Tumescent liposuction is a modification of traditional liposuction where a solution is injected into the fat layer and later removed by suction. The solution contains dilute lidocaine and epinephrine. In addition to assisting with the procedure this solution provides pain relief and decreases bleeding and bruising. Tumescent liposuction allows for more fat to be removed and is ideal for larger body areas.

**NOTE:** In most cases laser assisted and tumescent liposuction will be used together for best results.

**ANESTHESIA/SEDATION:**
Sono Bello specializes in doing procedures safely under local anesthesia. Patients may be offered a combination of the following five types of oral medications: 1. Valium type medication for relaxation. 2. Pain medication, often a narcotic. 3. Anti-nausea medication. 4. Antibiotics to prevent infection. 5. Medication to control blood pressure and pulse. In some instances intramuscular narcotics for pain management may be injected. Lidocaine type anesthetic products are used to numb the skin. Lidocaine is present in the tumescent solution. Metabolism of lidocaine can be affected by many medications. Your full disclosure of the medications you are taking, including herbals and over the counter medications, is essential. Symptoms of lidocaine toxicity may include lightheadedness, restlessness, and drowsiness, ringing in the ears, slurred speech and numbness around the mouth. Peak levels of lidocaine in the blood occur at about 12 hours and therefore observation by a competent adult is required for the first 24 hours after surgery. You will need to indicate if you are allergic to any of these medications or if there are any special medication needs. Arnica is a natural herb product that may be purchased separately to help control swelling and bruising and to decrease healing time.

**INTRAVENOUS (IV) ACCESS:**
A medical situation may arise during your surgery where you will need intravenous fluid or medication. As a precautionary measure you will have an IV port inserted prior to your surgery.

**DISCOMFORT:**
This is not a painless procedure. Patient discomfort will vary. The use of the above mentioned medications will decrease your discomfort which should be tolerable. This is an awake procedure not done under heavy sedation or general anesthesia; therefore, you are encouraged to bring discomfort issues to our attention during the procedure so that we may continually address them.

**POTENTIAL BENEFITS:**
Anticipated benefits include improved figure, contour and shape. Scientific literature has indicated that the use of the laser may afford less pain, bruising and swelling. It may also offer faster healing.

**ALTERNATIVES:**
This is an elective cosmetic procedure that is not performed to improve health. Alternatives include weight reduction, diet, exercise, traditional plastic surgery and no treatment.

Patient Initials

Revised Jan 06 2015

Electronically Filed - St. Louis County - April 10, 2019 - 04:49 PM

**NO GUARANTEE:**
I understand that no specific guarantees are written, implied or made by clinic or its staff and that no comments, conversations or literature or website information are to be construed as otherwise.

**REALISTIC EXPECTATIONS:**
Liposuction is an elective cosmetic procedure to improve appearance. The practice of medicine and surgery is not an exact science and results are not guaranteed. Results will vary among patients. Before and after photos published in literature or in electronic format are not necessarily typical of the result any one patient may expect. Laser Assisted Liposuction is a method of removing localized fatty deposits that do not respond to diet or exercise. This is not a substitute for weight reduction. Cellulite (dimpled skin) benefit is not assured. This is not a treatment for loose skin, which may require a surgical procedure. The best candidates are near their ideal body weight with firm elastic skin and localized fat. A healthy lifestyle of diet and exercise may help you obtain better results. Individuals with poor skin tone, certain medical problems, obesity or unrealistic expectations may not be good candidates. Aging, weight gain or loss, pregnancy and other circumstances may alter the benefits over time. *I understand that in the unlikely case that I am not satisfied with the procedure and/or a second procedure is necessary that such revisions are not included in the initial fees but may be billed at a discounted rate. Sono Bello does not provide post-procedure refunds under any circumstance.*

**MEDICAL HISTORY:**
I will disclose a full and accurate personal medical history including any and all information regarding medical conditions and my use of medications, drugs, herbs, vitamins, or other supplements of any kind, both prescribed and over the counter. I understand that failure to do so may affect my treatment outcome and may increase the likelihood or severity of complications. I will provide an updated medical history at each visit.

**NOTE:** In some instances we may require the patient to consult his/her personal physician obtaining written consent for treatment. We should receive this prior to the scheduled procedure to avoid scheduling conflicts.

**PREGNANCY IN FEMALES:** FOR SAFETY REASONS SURGERY WILL NOT BE PERFORMED IF YOU ARE PREGNANT. YOU UNDERSTAND ADMINISTRATION OF A URINE PREGNANCY TEST WILL BE CONDUCTED BEFORE YOUR SURGERY IF YOU ARE UNDER 60 YEARS OF AGE AND HAVE NOT HAD A HYSTERECTOMY WITH ABSENCE OF MENSTRUAL PERIODS.

_____ INITIAL HERE TO CONFIRM THAT YOU ARE NOT PREGNANT NOR SUSPECT YOU ARE PREGNANT.

**CAUTIONS FOR THE USE OF THE LASER AND/OR LIPOSUCTION SURGERY:**
- Current or past cancer, especially skin cancer, and premalignant moles.
- Active skin lesions in the treatment area including rashes, infection, psoriasis and eczema. Hernia in treatment area.
- Treatment over tattoos, permanent makeup or excessively tanned skin (including from tanning creams).
- History of chronic skin disorders, keloids, abnormal wound healing and very dry or fragile skin.
- History of excessive bleeding, coagulopathies or use of anticoagulants.
- Pregnancy, breast feeding or within three months of vaginal childbirth.
- Impaired immune system due to diseases such as AIDS and HIV or the use of immunosuppressive medications.
- Severe medical conditions such as cardiac disorders, poorly controlled diabetes or excessive lipemia.
- Diseases stimulated by light (seizures) or heat (history of Herpes simplex in treatment area requires pretreatment).
- Use of photosensitizing medications such as Isotretinoin (Accutane) within the last six months; tetracycline or St. John's Wort within the last two weeks.
- Any surgical procedure in the treatment area within the last six months or before complete healing.
- At the discretion of the surgeon any condition which might make it unsafe for the patient.

**PHOTOGRAPHS / VIDEOTAPES / COMPUTER IMAGES:**
I understand that photographs, videotapes or computer images may be taken and that they may be used to aid in my treatment plan, to document treatment progress, for marketing, educational, research or study purposes and that these will remain the property of the facility. I understand that my identity will be kept strictly confidential.

Patient Initials

Revised Jan 06 2015

Electronically Filed - St. Louis County - April 10, 2019 - 04:49 PM

**SURGICAL STAFF:**

Your surgery will be primarily performed by one of our qualified surgeons.  A Physicians Assistant, Nurse Practitioner, Surgical Assistant or Registered Nurse may assist the surgeon.  There may also be a Scrub Technician, Medical Assistant or similarly qualified medical professional present.  Any medications (see Anesthesia/Sedation above) will be at the direction of the surgeon.  For quality assurance and process improvement purposes we provide periodic in house training and monitoring of our physicians.  Please let us know if you have any concerns regarding these issues.

**RISK/SIDE EFFECTS:**

Although these may normally occur, any concern should be reported to our office immediately.  You may experience pain, redness, swelling, skin discoloration, alteration of the natural skin texture (scratching, crusting, blister or burn), bleeding or bruising, infection, skin contour irregularities and/or asymmetry, loose skin, persistent swelling, poor healing, nerve/muscle/blood vessel damage, scarring, persistent pain, allergic reactions or other complications related to surgery and/or anesthesia including death.  You may notice a burn like effect from skin stretching, friction or laser heat, especially in areas of thin skin.  Development of a hematoma or seroma may require drainage.  It is common to have decreased skin sensation in the area of the procedure, which usually resolves over several weeks.  Fat embolism and blood clots in the legs [deep vein thrombosis (DVT)] or lung [pulmonary embolism (PE)] are rare but a risk of any surgical procedure.  Removal of localized fat may make overlying loose skin more prominent.  Other complications could occur that are not evident with your particular case prior to or following the procedure.  Any of the above, if severe enough, may require further treatment, hospitalization or other medical care.  Initial payment does not include additional surgery or treatment.  The healing process will involve an initial period of swelling and light bruising.  This will be most noticeable on the 2nd or 3rd day after surgery and generally gone within a couple of weeks.  The incision area can become thickened and red as part of the normal healing.  Contact us anytime for any concerns.

**CONFIDENTIALITY:**

I understand that no information regarding services performed shall be released without my consent except as follows: I authorize that copies of my medical records may be sent to another Sono Bello location if I seek additional treatment at that location.  I understand that, in addition to clinic personnel, the clinic's Medical Director(s) and any consulting physicians shall have access to my records.  I consent to the release of my medical records by clinic personnel, the clinic's physician(s) or consulting physicians to a hospital, emergency room, medical providers, or emergency personnel providing follow-up care resulting from my procedure. I consent to Sono Bello obtaining medical records related to my procedure and any follow-up care from hospitals, emergency rooms or services, physicians and consultants.  I understand that appropriate medical review may be conducted to further the safety and efficacy of services.  I understand the clinic may provide anonymous limited information to various third-party vendors to assist with database development, referral services or marketing research.  The clinic will maintain copies of all records as required by law.  If requested I have received a copy of the clinic HIPAA / Privacy Policy for review. I understand that by written request I can revoke the consent of release of my medical records at any time except to the extent that action has been taken.

**POST-EXPOSURE LABORATORY TEST:**

If a Sono Bello staff member is accidentally exposed to my blood or body fluids by an accidental needle stick or other means, I consent to having my blood drawn and tested for Hepatitis B, Hepatitis C and HIV as required of me by the Occupational Safety and Health Administration (OSHA).  I understand that this will be done at no cost to me and that all results will be kept confidential and only disclosed as required by law.

I authorize release of information the day of surgery and for the following 7 days to those known to be involved in my surgical care (i.e. driver and 24 hour caretaker) and to those listed here: _____

ADDITIONAL INFORMATION: _____

_____

_____

_____

_____

_____

Patient Initials

Electronically Filed - St. Louis County - April 10, 2019 - 04:49 PM

**FOLLOW-UP:**

You will receive a follow up phone call from us after your surgery. We will schedule your routine follow up visits. We are available anytime during office hours to see you for immediate concerns. You may reach us at any time by calling 1-800-511-6880.

**CONSENT ACKNOWLEDGEMENT:**

I understand and will follow the provided instructions knowing that this will improve my outcome and lessen the possibility of complications.

My signature attests to the fact that I have fully read this entire consent form, that I am a competent adult of at least 18 years of age, that I have had all questions and concerns answered to my satisfaction, that I understand and agree to the information contained within and have received a written copy. I assume the risks and complications indicated and understand there may be unforeseen risks not included in this consent and wish to proceed with surgery.

Patient Name: _Jennifer Jeffries_

Patient Signature: _Jennifer Jeff_          Date: _4/29/15_

Witness Signature: _____

**SURGEON ATTESTATION:**

As the surgeon, I attest that the information in this Informed Consent has been discussed with the patient, the patient has had the opportunity to have any questions or concerns addressed and that the patient is a suitable candidate for liposuction surgery.

Surgeon Name: _____

Surgeon Signature: _____

Date: _4/29/15_          Time: _4:15_

Revised Jan 06 2015

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

**19SL-CC01507**



## LASER ASSISTED LIPOSUCTION CONSENT

Thank you for choosing Sono Bello. In our ongoing efforts to provide you with the best possible service, we ask that you read this procedural consent form and ask any questions necessary to help you fully understand it. Please sign only after careful review and consideration.

### WHAT IS LASER ASSISTED BODY SCULPTING BY SONO BELLO:

Sono Bello offers laser assisted liposuction using FDA approved minimally invasive laser liposuction systems designed to decrease localized body fat. A very small instrument with a laser fiber is inserted under the skin and into the fat layer. The laser destroys the fat cells, which are removed by gentle suction. The laser also coagulates blood vessels resulting in less bleeding and bruising. Because of its small instrument size it is ideal for body contouring and for treating areas that have been difficult to treat with traditional liposuction such as under the chin and upper arms. It is also thought to stimulate collagen formation resulting in additional skin tightening.

### WHAT IS TUMESCENT LIPOSUCTION?

Tumescent liposuction is a modification of traditional liposuction where a solution is injected into the fat layer and later removed by suction. The solution contains dilute lidocaine and epinephrine. In addition to assisting with the procedure this solution provides pain relief and decreases bleeding and bruising. Tumescent liposuction allows for more fat to be removed and is ideal for larger body areas.

**NOTE:** In most cases laser assisted and tumescent liposuction will be used together for best results.

### ANESTHESIA/SEDATION:

Sono Bello specializes in doing procedures safely under local anesthesia. Patients may be offered a combination of the following five types of oral medications: 1. Valium type medication for relaxation. 2. Pain medication, often a narcotic. 3. Anti-nausea medication. 4. Antibiotics to prevent infection. 5. Medication to control blood pressure and pulse. In some instances intramuscular narcotics for pain management may be injected. Lidocaine type anesthetic products are used to numb the skin. Lidocaine is present in the tumescent solution. Metabolism of lidocaine can be affected by many medications. Your full disclosure of the medications you are taking, including herbals and over the counter medications, is essential. Symptoms of lidocaine toxicity may include lightheadedness, restlessness, and drowsiness, ringing in the ears, slurred speech and numbness around the mouth. Peak levels of lidocaine in the blood occur at about 12 hours and therefore observation by a competent adult is required for the first 24 hours after surgery. You will need to indicate if you are allergic to any of these medications or if there are any special medication needs. Arnica is a natural herb product that may be purchased separately to help control swelling and bruising and to decrease healing time.

### INTRAVENOUS (IV) ACCESS:

A medical situation may arise during your surgery where you will need intravenous fluid or medication. As a precautionary measure you will have an IV port inserted prior to your surgery.

### DISCOMFORT:

This is not a painless procedure. Patient discomfort will vary. The use of the above mentioned medications will decrease your discomfort which should be tolerable. This is an awake procedure not done under heavy sedation or general anesthesia; therefore, you are encouraged to bring discomfort issues to our attention during the procedure so that we may continually address them.

### POTENTIAL BENEFITS:

Anticipated benefits include improved figure, contour and shape. Scientific literature has indicated that the use of the laser may afford less pain, bruising and swelling. It may also offer faster healing.

### ALTERNATIVES:

This is an elective cosmetic procedure that is not performed to improve health. Alternatives include weight reduction, diet, exercise, traditional plastic surgery and no treatment.

Patient Initials _____

Electronically Filed - St. Louis County - April 10, 2019 - 04:49 PM

**NO GUARANTEE:**

I understand that no specific guarantees are written, implied or made by clinic or its staff and that no comments, conversations or literature or website information are to be construed as otherwise.

**REALISTIC EXPECTATIONS:**

Liposuction is an elective cosmetic procedure to improve appearance. The practice of medicine and surgery is not an exact science and results are not guaranteed. Results will vary among patients. Before and after photos published in literature or in electronic format are not necessarily typical of the result any one patient may expect. Laser Assisted Liposuction is a method of removing localized fatty deposits that do not respond to diet or exercise. This is not a substitute for weight reduction. Cellulite (dimpled skin) benefit is not assured. This is not a treatment for loose skin, which may require a surgical procedure. The best candidates are near their ideal body weight with firm elastic skin and localized fat. A healthy lifestyle of diet and exercise may help you obtain better results. Individuals with poor skin tone, certain medical problems, obesity or unrealistic expectations may not be good candidates. Aging, weight gain or loss, pregnancy and other circumstances may alter the benefits over time. *I understand that in the unlikely case that I am not satisfied with the procedure and/or a second procedure is necessary that such revisions are not included in the initial fees but may be billed at a discounted rate. Sono Bello does not provide post-procedure refunds under any circumstance.*

**MEDICAL HISTORY:**

I will disclose a full and accurate personal medical history including any and all information regarding medical conditions and my use of medications, drugs, herbs, vitamins, or other supplements of any kind, both prescribed and over the counter. I understand that failure to do so may affect my treatment outcome and may increase the likelihood or severity of complications. I will provide an updated medical history at each visit.

**NOTE:** In some instances we may require the patient to consult his/her personal physician obtaining written consent for treatment. We should receive this prior to the scheduled procedure to avoid scheduling conflicts.

**PREGNANCY IN FEMALES:** FOR SAFETY REASONS SURGERY WILL NOT BE PERFORMED IF YOU ARE PREGNANT. YOU UNDERSTAND ADMINISTRATION OF A URINE PREGNANCY TEST WILL BE CONDUCTED BEFORE YOUR SURGERY IF YOU ARE UNDER 60 YEARS OF AGE AND HAVE NOT HAD A HYSTERECTOMY WITH ABSENCE OF MENSTRUAL PERIODS.

INITIAL HERE TO CONFIRM THAT YOU ARE NOT PREGNANT NOR SUSPECT YOU ARE PREGNANT.

**CAUTIONS FOR THE USE OF THE LASER AND/OR LIPOSUCTION SURGERY:**

- Current or past cancer, especially skin cancer, and premalignant moles.
- Active skin lesions in the treatment area including rashes, infection, psoriasis and eczema. Hernia in treatment area.
- Treatment over tattoos, permanent makeup or excessively tanned skin (including from tanning creams).
- History of chronic skin disorders, keloids, abnormal wound healing and very dry or fragile skin.
- History of excessive bleeding, coagulopathies or use of anticoagulants.
- Pregnancy, breast feeding or within three months of vaginal childbirth.
- Impaired immune system due to diseases such as AIDS and HIV or the use of immunosuppressive medications.
- Severe medical conditions such as cardiac disorders, poorly controlled diabetes or excessive lipemia.
- Diseases stimulated by light (seizures) or heat (history of Herpes simplex in treatment area requires pretreatment).
- Use of photosensitizing medications such as isotretinoin (Accutane) within the last six months; tetracycline or St. John's Wort within the last two weeks.
- Any surgical procedure in the treatment area within the last six months or before complete healing.
- At the discretion of the surgeon any condition which might make it unsafe for the patient.

**PHOTOGRAPHS / VIDEOTAPES / COMPUTER IMAGES:**

I understand that photographs, videotapes or computer images may be taken and that they may be used to aid in my treatment plan, to document treatment progress, for marketing, educational, research or study purposes and that these will remain the property of the facility. I understand that my identity will be kept strictly confidential.

Patient Initials

Revised Jan 06 2015

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

**SURGICAL STAFF:**
Your surgery will be primarily performed by one of our qualified surgeons. A Physicians Assistant, Nurse Practitioner, Surgical Assistant or Registered Nurse may assist the surgeon. There may also be a Scrub Technician, Medical Assistant or similarly qualified medical professional present. Any medications (see Anesthesia/Sedation above) will be at the direction of the surgeon. For quality assurance and process improvement purposes we provide periodic in house training and monitoring of our physicians. Please let us know if you have any concerns regarding these issues.

**RISK/SIDE EFFECTS:**
Although these may normally occur, any concern should be reported to our office immediately. You may experience pain, redness, swelling, skin discoloration, alteration of the natural skin texture (scratching, crusting, blister or burn), bleeding or bruising, infection, skin contour irregularities and/or asymmetry, loose skin, persistent swelling, poor healing, nerve/muscle/blood vessel damage, scarring, persistent pain, allergic reactions or other complications related to surgery and/or anesthesia including death. You may notice a burn like effect from skin stretching, friction or laser heat, especially in areas of thin skin. Development of a hematoma or seroma may require drainage. It is common to have decreased skin sensation in the area of the procedure, which usually resolves over several weeks. Fat embolism and blood clots in the legs [deep vein thrombosis (DVT)] or lung [pulmonary embolism (PE)] are rare but a risk of any surgical procedure. Removal of localized fat may make overlying loose skin more prominent. Other complications could occur that are not evident with your particular case prior to or following the procedure. Any of the above, if severe enough, may require further treatment, hospitalization or other medical care. Initial payment does not include additional surgery or treatment. The healing process will involve an initial period of swelling and light bruising. This will be most noticeable on the 2nd or 3rd day after surgery and generally gone within a couple of weeks. The incision area can become thickened and red as part of the normal healing. Contact us anytime for any concerns.

**CONFIDENTIALITY:**
I understand that no information regarding services performed shall be released without my consent except as follows: I authorize that copies of my medical records may be sent to another Sono Bello location if I seek additional treatment at that location. I understand that, in addition to clinic personnel, the clinic's Medical Director(s) and any consulting physicians shall have access to my records. I consent to the release of my medical records by clinic personnel, the clinic's physician(s) or consulting physicians to a hospital, emergency room, medical providers, or emergency personnel providing follow-up care resulting from my procedure. I consent to Sono Bello obtaining medical records related to my procedure and any follow-up care from hospitals, emergency rooms or services, physicians and consultants. I understand that appropriate medical review may be conducted to further the safety and efficacy of services. I understand the clinic may provide anonymous limited information to various third-party vendors to assist with database development, referral services or marketing research. The clinic will maintain copies of all records as required by law. If requested I have received a copy of the clinic HIPAA / Privacy Policy for review. I understand that by written request I can revoke the consent of release of my medical records at any time except to the extent that action has been taken.

**POST-EXPOSURE LABORATORY TEST:**
If a Sono Bello staff member is accidentally exposed to my blood or body fluids by an accidental needle stick or other means, I consent to having my blood drawn and tested for Hepatitis B, Hepatitis C and HIV as required of me by the Occupational Safety and Health Administration (OSHA). I understand that this will be done at no cost to me and that all results will be kept confidential and only disclosed as required by law.

I authorize release of information the day of surgery and for the following 7 days to those known to be involved in my surgical care (i.e. driver and 24 hour caretaker) and to those listed here:

_____

ADDITIONAL INFORMATION: _____

_____

_____

_____

_____

Patient Initials _____

Revised Jan 06 2015

Electronically Filed - St Louis County - April 10, 2019 - 04:49 PM

**FOLLOW-UP:**

You will receive a follow up phone call from us after your surgery. We will schedule your routine follow up visits. We are available anytime during office hours to see you for immediate concerns.  You may reach us at any time by calling 1-800-511-6880.

**CONSENT ACKNOWLEDGEMENT:**

I understand and will follow the provided instructions knowing that this will improve my outcome and lessen the possibility of complications.

My signature attests to the fact that I have fully read this entire consent form, that I am a competent adult of at least 18 years of age, that I have had all questions and concerns answered to my satisfaction, that I understand and agree to the information contained within and have received a written copy.  I assume the risks and complications indicated and understand there may be unforeseen risks not included in this consent and wish to proceed with surgery.

Patient Name: _Terrikah Cook_

Patient Signature: _____       Date: _4/7/15_

Witness Signature: _____

**SURGEON ATTESTATION:**

As the surgeon, I attest that the information in this Informed Consent has been discussed with the patient, the patient has had the opportunity to have any questions or concerns addressed and that the patient is a suitable candidate for liposuction surgery.

Surgeon Name: _R stie SHATZ_

Surgeon Signature: _R stie_

Date: _4/7/15_       Time: _1000_

Revised Jan 06 2015

062S0007237016

**$0.500**
US POSTAGE
FIRST-CLASS
FROM 65201
JUL 05 2019
stamps
endicia



BROWN LAW OFFICE
501 FAY ST STE 201
COLUMBIA MO 65201-4842




BROWN LAW OFFICE
501 FAY ST STE 201
COLUMBIA, MO 65201



052S0007237016

$2.050
US POSTAGE
FIRST-CLASS
FROM 65201
JUL 16 2019
stamps
endicia

Body Contour Centers, LLC
C/o Csc-lawyers Incorporating Service CO
221 Bolivar Street
Jefferson City MO 65101-1572

BROWN LAW OFFICE
501 FAY ST, STE 201
COLUMBIA, MO
65201

# BROWN LAW OFFICE

Electronically Filed - St. Louis County - April 11, 2019 - 09:33 AM

March 11, 2019

Circuit Clerk
St. Louis County

    RE:    MONICA WEBB ET AL V AESTHETIC PHYSICIANS ET AL
            EF16279078

Dear Sir or Madam:

Please issue summons for each Defendant at the addresses listed below.

Please attach in PDF form for me to retrieve from Secure Case.Net for service by mail.

    Aesthetic Physicians, P.C.
    c/o BUSINESS FILINGS INC
    120 S CENTRAL AVE., STE. 200
    Clayton, MO 6310

    Body Contour Centers, LLC
    c/o CSC-LAWYERS INCORPORATING SERVICE COMPANY
    221 Bolivar Street
    Jefferson City, MO 65101

Please contact our office if you have any questions or concerns. Thank you.

                Yours Truly,

                David G. Brown

Electronically Filed - St Louis County - April 18, 2019 - 02:17 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

Monica Webb, et al.,
        *Plaintiffs*,
        -v-
Aesthetic Physicians, P.C., et al.,
        *Defendants*.

Case No. 19SL-CC01507

## STATUTORY NOTIFICATION TO CLERK OF COURT

Pursuant to Mo. Rev. Stat. § 407.025.7, and there being no form published by the clerk for this purpose, Plaintiffs hereby inform the Clerk of the Court:

(i) That this action is brought pursuant to subsection 1 of Mo. Rev. Stat. § 407.025; and

(ii) That such statute requires that Plaintiffs give this notice and provides that "[t]he clerk of the court shall forthwith inform the [Missouri] attorney general of the commencement of such action, together with a copy of the complaint or other initial pleading, and, upon entry of any judgment or decree in the action, the clerk shall mail a copy of such judgment or decree to the attorney general."

*See Exhibit A.*

Undersigned counsel verifies that he signed the original of this pleading.

Respectfully Submitted By:

/s/ David G. Brown
David G. Brown Mo. Bar #42559
Brown Law Office
501 Fay St, Ste 201
Columbia, MO 65201

Electronically Filed - St Louis County - April 18, 2019 - 02:17 PM

(573) 814-2375
dbrown@brown-lawoffice.com

**CERTIFICATE OF SERVICE:** I hereby certify that on April 18, 2019, a copy of the above was served upon all persons requesting electronic notification by filing it with the Court using the CM/ECF system.   /s/ David G. Brown

Electronically Filed - St Louis County - April 18, 2019 - 02:17 PM

*Revisor of Statutes*

State of Missouri

**Publications**            **Constitution**                    **Committee**

**About**                   **Help / FAQ**                      **Other Links**

[ Words ▾ ] ¹1st search term        [ And ▾ ] 2nd search term

**◀  ▶  Effective  28 Aug 2000**

Title XXVI TRADE AND COMMERCE

  **Chapter 407**

  **407.025.  Civil action to recover damages — class actions authorized, when — procedure. —** 1.  Any person who purchases or leases merchandise primarily for personal, family or household purposes and thereby suffers an ascertainable loss of money or property, real or personal, as a result of the use or employment by another person of a method, act or practice declared unlawful by section 407.020, may bring a private civil action in either the circuit court of the county in which the seller or lessor resides or in which the transaction complained of took place, to recover actual damages.  The court may, in its discretion, award punitive damages and may award to the prevailing party attorney's fees, based on the amount of time reasonably expended, and may provide such equitable relief as it deems necessary or proper.

  2.  Persons entitled to bring an action pursuant to subsection 1 of this section may, if the unlawful method, act or practice has caused similar injury to numerous other persons, institute an action as representative or representatives of a class against one or more defendants as representatives of a class, and the petition shall allege such facts as will show that these persons or the named defendants specifically named and served with process have been fairly chosen and adequately and fairly represent the whole class, to recover damages as provided for in subsection 1 of this section.  The plaintiff shall be required to prove such allegations, unless all of the members of the class have entered their appearance, and it shall not be sufficient to prove such facts by the admission or admissions of the defendants who have entered their appearance.  In any action brought pursuant to this section, the court may in its discretion order, in addition to damages, injunction or other equitable relief and reasonable attorney's fees.

  3.  An action may be maintained as a class action in a manner consistent with Rule 23 of the Federal Rules of Civil Procedure and Missouri rule of civil procedure 52.08 to

Electronically Filed - St Louis County - April 18, 2019 - 02:17 PM

the extent such state rule is not inconsistent with the federal rule if:

(1)  The class is so numerous that joinder of all members is impracticable;

(2)  There are questions of law or fact common to the class;

(3)  The claims or defenses of the representative parties are typical of the claims or defenses of the class; and

(4)  The representative parties will fairly and adequately protect the interests of the class; and, in addition

(5)  The prosecution of separate action by or against individual members of the class would create a risk of:

(a)  Inconsistent or varying adjudications with respect to individual members of the class which would establish incompatible standards of conduct for the party opposing the class; or

(b)  Adjudications with respect to individual members of the class which would as a practical matter be dispositive of the interests of the other members not parties to the adjudications or substantially impair or impede their ability to protect their interests; or

(6)  The party opposing the class has acted or refused to act on grounds generally applicable to the class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the class as a whole; or

(7)  The court finds that the questions of law or fact common to the members of the class predominate over any questions affecting only individual members, and that a class action is superior to other available methods for the fair and efficient adjudication of the controversy.  The matters pertinent to the findings include:

(a)  The interest of members of the class in individually controlling the prosecution or defense of separate actions;

(b)  The extent and nature of any litigation concerning the controversy already commenced by or against members of the class;

(c)  The desirability or undesirability of concentrating the litigation of the claims in the particular forum;

(d)  The difficulties likely to be encountered in the management of a class action.

4.  (1)  As soon as practicable after the commencement of an action brought as a class action, the court shall determine by order whether it is to be so maintained.  An

Electronically Filed - St. Louis County - April 18, 2019 - 02:17 PM

order pursuant to this subdivision may be conditional, and may be altered or amended before the decision on the merits.

(2)  In any class action maintained pursuant to subdivision (7) of subsection 3 of this section, the court shall direct to the members of the class the best notice practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort.  The notice shall advise each member that:

(a)  The court will exclude such member from the class if such member so requests by a specified date;

(b)  The judgment, whether favorable or not, will include all members who do not request exclusion; and

(c)  Any member who does request exclusion may, if such member desires, enter an appearance through such member's counsel.

(3)  The judgment in an action maintained as a class action pursuant to subdivision (5) of subsection 3 of this section or subdivision (6) of subsection 3 of this section, whether or not favorable to the class, shall include and describe those whom the court finds to be members of the class.  The judgment in an action maintained as a class action pursuant to subdivision (7) of subsection 3 of this section, whether or not favorable to the class, shall include and specify or describe those to whom the notice provided in subdivision (2) of this subsection was directed, and who have requested exclusion, and whom the court finds to be members of the class.

(4)  When appropriate an action may be brought or maintained as a class action with respect to particular issues, or a class may be divided into subclasses and each subclass treated as a class, and the provisions of this section shall then be construed and applied accordingly.

5.  In the conduct of actions to which this section applies, the court may make appropriate orders:

(1)  Determining the course of proceedings or prescribing measures to prevent undue repetition or complication in the presentation of evidence or argument;

(2)  Requiring, for the protection of the members of the class or otherwise for the fair conduct of the action, that notice be given in such manner as the court may direct to some or all of the members of any step in the action, or of the proposed extent of the judgment, or of the opportunity of members to signify whether they consider the representation fair and adequate, to intervene and present claims or defenses, or otherwise to come into the action;

Electronically Filed - St Louis County - April 18, 2019 - 02:17 PM

(3)  Imposing conditions on the representative parties or on intervenors;

(4)  Requiring that the pleadings be amended to eliminate therefrom allegations as to representation of absent persons, and that the action proceed accordingly;

(5)  Dealing with similar procedural matters.

6.  A class action shall not be dismissed or compromised without the approval of the court, and notice of the proposed dismissal or compromise shall be given to all members of the class in such manner as the court directs.

7.  Upon commencement of any action brought pursuant to subsection 1 of this section, the plaintiff or plaintiffs shall inform the clerk of the court in which such action is brought, on forms to be provided by such clerk, that the action is brought pursuant to this section. The clerk of the court shall forthwith inform the attorney general of the commencement of such action, together with a copy of the complaint or other initial pleading, and, upon entry of any judgment or decree in the action, the clerk shall mail a copy of such judgment or decree to the attorney general.

8.  Any permanent injunction, judgment or order of the court made pursuant to section 407.100 shall be prima facie evidence in an action brought pursuant to* this section that the respondent used or employed a method, act or practice declared unlawful by section 407.020.

--------

(L. 1973 H.B. 55, A.L. 1985 H.B. 96, et al., A.L. 1999 S.B. 1, et al., A.L. 2000 H.B. 1509)

*Word "to" does not appear in original rolls.

(2001) Placing a bet at casino blackjack table is not a purchase within meaning of section.  Ziglin v. Players MH, L.P., 36 S.W.3d 786 (Mo.App.E.D.).

(2005) Claim for punitive damages under section requires determination by jury.  Scott v. Blue Springs Ford Sales, Inc., 176 S.W.3d 140 (Mo.banc).

---

< end of effective 28 Aug 2000 >  🔖

use this link to bookmark section 407.025

---

🔼   In accordance with Section **3.090,** the language of statutory sections enacted during a legislative session are updated and available on this website **on the effective date** of such enacted statutory section.

---

▶ **Other Information**



Case: 4:19-cv-02712-DDN   Doc. #:  1-1   Filed: 10/04/19   Page: 56 of 79 PageID #: 63

4/10/2019          Missouri Revisor of Statutes - Revised Statutes of Missouri, RSMo Section 407.025 Civil action to recover damages — class actions auth...

Electronically Filed - St Louis County - April 18, 2019 - 02:17 PM

### ▶ Other Links

© Missouri Legislature, all rights reserved.          Site errors / suggestions - webmaster@LR.mo.gov



     

Over 31,298,600 page views.

01:35:30
20

Electronically Filed - St. Louis County - June 28, 2019 - 03:23 PM

# BROWN LAW OFFICE

May 31, 2019

Circuit Clerk
St. Louis County

    RE:    Summons request
              Case No. 19SL-CC01507
              MONICA WEBB ET AL V AESTHETIC PHYSICIANS, P. ET AL

Dear Sir or Madam:

Please issue summons for each Defendant at the addresses listed below. Please attach in PDF form for me to retrieve from Secure Case.Net for service by mail.

    Aesthetic Physicians, P.C.
    c/o BUSINESS FILINGS INC
    120 S CENTRAL AVE., STE. 200
    Clayton, MO 63105

    Body Contour Centers, LLC
    c/o CSC-LAWYERS INCORPORATING SERVICE COMPANY
    221 Bolivar Street
    Jefferson City, MO 65101

Please contact our office if you have any questions or concerns. Thank you.

                            Yours Truly,

                            David A. Brown



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>JOHN D WARNER JR | Case Number:  19SL-CC01507 |
| Plaintiff/Petitioner:<br>MONICA WEBB | Plaintiff's/Petitioner's Attorney/Address<br>DAVID GREGORY BROWN<br>501 Fay Street<br>SUITE 201<br>COLUMBIA, MO  65201 |
| vs. | |
| Defendant/Respondent:<br> AESTHETIC PHYSICIANS, P.C.<br>DBA:  SONO BELLO | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

<h2 style="text-align:center">Summons in Civil Case</h2>

The State of Missouri to:  BODY CONTOUR CENTERS, LLC
     Alias:
     DBA:  SONO BELLO
C/O CSC-LAWYERS INCORPORATING
SERVICE COMPANY
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

*COURT SEAL OF*



*ST. LOUIS COUNTY*

   You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>11-JUL-2019</u>
Date

Further Information:
LG

_____
Clerk

---

Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server     Signature of Sheriff or Server

     **Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*   Subscribed and sworn to before me on _____ (date).

   My commission expires: _____  _____
            Date        Notary Public

---

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.  These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>JOHN D WARNER JR | Case Number: 19SL-CC01507 |
|---|---|
| Plaintiff/Petitioner:<br>MONICA WEBB | Plaintiff's/Petitioner's Attorney/Address<br>DAVID GREGORY BROWN<br>501 Fay Street<br>SUITE 201 |
| vs. | COLUMBIA, MO 65201 |
| Defendant/Respondent:<br>AESTHETIC PHYSICIANS, P.C.<br>DBA: SONO BELLO | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to: | AESTHETIC PHYSICIANS, P.C.<br>Alias:<br>DBA: SONO BELLO |
|---|---|

C/O BUSINESS FILINGS INC
120 S CENTRAL AVE STE 200
CLAYTON, MO 63105

**COURT SEAL OF**



**ST. LOUIS COUNTY**

　　　You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
　　　**SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

11-JUL-2019
**Date**

_____
**Clerk**

Further Information:
LG

## Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
　　　　　　　　　　　　　　　　　　　Date　　　　　　　　　　　　　　　Notary Public

Sheriff's Fees, if applicable
Summons                          $_____
Non Est                          $_____
Sheriff's Deputy Salary
Supplemental Surcharge           $_____10.00_____
Mileage                          $_____  (_____ miles @ $._____ per mile)
Total                            $_____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

## THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

### Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

(1) **Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

(2) **Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.   The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.   The Circuit Clerk also has Neutral Qualifications Forms on file.   These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.   The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Electronically Filed - St. Louis County - August 23, 2019 - 03:07 PM

# BROWN LAW OFFICE

August 23, 2019

Circuit Clerk
St. Louis County

RE:     19SL-CC01507 - MONICA WEBB ET AL V AESTHETIC PHYSICIANS, P. ET AL

Dear Sir or Madam:

The defendants have failed to respond to a request to accept service of the summons and petition by mail.

1.   As to defendant Aesthetic Physicians, P.C.: Please proceed with service of the summons via the St. Louis County Sheriff at the following address:

> AESTHETIC PHYSICIANS, P.C.
> c/o BUSINESS FILINGS INC
> 120 S CENTRAL AVE., STE. 200
> CLAYTON, MO 63105

The service fee is being paid electronically with this filing.

2.   As to defendant Body Contour Centers, LLC: I am arranging service of summons by the Cole County Sheriff.

Please contact our office if you have any questions or concerns. Thank you.

Yours Truly,

David C. Brown

---

501 FAY ST, STE 201, COLUMBIA, MO 65201 ▪ TEL 573.814.2375 ▪ FAX 800.906.6199



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>JOHN D WARNER JR | Case Number:  19SL-CC01507 |
| Plaintiff/Petitioner:<br>MONICA WEBB | Plaintiff's/Petitioner's Attorney/Address<br>DAVID GREGORY BROWN<br>501 Fay Street<br>SUITE 201<br>COLUMBIA, MO  65201 |
| Defendant/Respondent:<br> AESTHETIC PHYSICIANS, P.C.<br>DBA:  SONO BELLO | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |

vs.

**SHERIFF FEE PAID**

(Date File Stamp)

### Summons in Civil Case

The State of Missouri to:  AESTHETIC PHYSICIANS, P.C.
                     Alias:
                     DBA:  SONO BELLO

C/O BUSINESS FILINGS INC
120 S CENTRAL AVE STE 200
CLAYTON, MO 63105



*COURT SEAL OF*

*ST. LOUIS COUNTY*

       You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
       SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

26-AUG-2019
Date

_____
Clerk

Further Information:
CD

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by:  (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____       _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*      Subscribed and sworn to before me on _____ (date).

My commission expires: _____   _____
                    Date               Notary Public

| | | |
|---|---|---|
| **Sheriff's Fees, if applicable** | | |
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

## THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

### Twenty First Judicial Circuit

### NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

(1) **Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

(2) **Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>JOHN D WARNER JR | Case Number: 19SL-CC01507 |
|---|---|
| Plaintiff/Petitioner:<br>MONICA WEBB | Plaintiff's/Petitioner's Attorney/Address<br>DAVID GREGORY BROWN<br>501 Fay Street<br>SUITE 201<br>COLUMBIA, MO 65201 |
| vs. | |
| Defendant/Respondent:<br>AESTHETIC PHYSICIANS, P.C.<br>DBA: SONO BELLO | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  BODY CONTOUR CENTERS, LLC
      Alias:
      DBA:  SONO BELLO
C/O CSC-LAWYERS INCORPORATING
SEVICE COMPANY
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101



**COURT SEAL OF**

**ST. LOUIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

    **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

    **18-SEP-2019**
    Date                                               Clerk

    **Further Information:**
    CD

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☐ other _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
    Printed Name of Sheriff or Server                     Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

         Subscribed and sworn to before me on _____ (date).

*(Seal)*

    My commission expires: _____      _____
                                    Date                     Notary Public

Electronically Filed - St Louis County - September 16, 2019 - 04:15 PM

# BROWN LAW OFFICE LC

September 16, 2019

St. Louis County Circuit Clerk
*Via efile*

> RE:   19SL-CC01507
>       MONICA WEBB ET AL V AESTHETIC PHYSICIANS, P. ET AL

Dear Sir or Madam:

Our office is representing the Plaintiff in the above-referenced case, which was previously filed.

Pursuant to Rule 54.01(d), please issue an alias summons, for service by the sheriff of Cole County, to the following:

> Defendant, Body Contour Centers, LLC d/b/a "Sono Bello"
> c/o Registered Agent CSC-LAWYERS INCORPORATING SERVICE COMPANY
> 221 Bolivar Street
> Jefferson City, MO 65101

Please let me know if you have any questions or concerns.  Thank you.

Respectfully Submitted By:

/s/ David G. Brown
David G. Brown Mo. Bar #42559
Brown Law Office
501 Fay St, Ste 201
Columbia, MO 65201
(573) 814-2375
dbrown@brown-lawoffice.com

# BROWN LAW OFFICE LC

September 16, 2019

St. Louis County Circuit Clerk
*Via efile*

RE:     19SL-CC01507
        MONICA WEBB ET AL V AESTHETIC PHYSICIANS, P. ET AL

Dear Sir or Madam:

Our office is representing the Plaintiff in the above-referenced case, which was previously filed.

Pursuant to Rule 54.01(d), please issue an alias summons, for service by the sheriff of Cole County, to the following:

        Defendant, Body Contour Centers, LLC d/b/a "Sono Bello"
        c/o Registered Agent CSC-LAWYERS INCORPORATING SERVICE COMPANY
        221 Bolivar Street
        Jefferson City, MO 65101

Please let me know if you have any questions or concerns.  Thank you.

                                Respectfully Submitted By:

                                /s/ David G. Brown
                                David G. Brown Mo. Bar #42559
                                Brown Law Office
                                501 Fay St, Ste 201
                                Columbia, MO 65201
                                (573) 814-2375
                                dbrown@brown-lawoffice.com



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOHN D WARNER JR | Case Number:  19SL-CC01507 |
| Plaintiff/Petitioner:<br>MONICA WEBB | Plaintiff's/Petitioner's Attorney/Address<br>DAVID GREGORY BROWN<br>501 Fay Street<br>SUITE 201<br>COLUMBIA, MO  65201 |
| vs. | |
| Defendant/Respondent:<br>AESTHETIC PHYSICIANS, P.C.<br>DBA:  SONO BELLO | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to:  BODY CONTOUR CENTERS, LLC
                          Alias:
                          DBA:  SONO BELLO

C/O CSC-LAWYERS INCORPORATING
SEVICE COMPANY
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

*COURT SEAL OF*



*ST. LOUIS COUNTY*

      You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
      SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>18-SEP-2019</u>
Date

Further Information:
CD

_____
Clerk

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                         Date                              Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

## THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

### Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

(3) **Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

(4) **Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

(5) **Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

*return*

## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

SB
9-26

| | |
|---|---|
| Judge or Division:<br>JOHN D WARNER JR | Case Number:  19SL-CC01507 |
| Plaintiff/Petitioner:<br>MONICA WEBB | Plaintiff's/Petitioner's Attorney/Address<br>DAVID GREGORY BROWN<br>501 Fay Street<br>SUITE 201<br>COLUMBIA, MO  65201 |
| | vs. |
| Defendant/Respondent:<br> AESTHETIC PHYSICIANS, P.C.<br>DBA:  SONO BELLO | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |

**SHERIFF FEE PAID**

(Date File Stamp)

**FILED**

### Summons in Civil Case

The State of Missouri to:  AESTHETIC PHYSICIANS, P.C.
     Alias:
     DBA:  SONO BELLO

C/O BUSINESS FILINGS INC
120 S CENTRAL AVE STE 400
CLAYTON, MO  63105

30CTCORe

SEP 20 2019

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

*COURT SEAL OF*

*ST. LOUIS COUNTY*

     You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
     **SPECIAL NEEDS:**  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

26-AUG-2019
Date

Further Information:
CD

_____
Clerk

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

**LCW – B. LOVE** _____ (name) **INTAKE SPECIALIST** _____ (title).

☐ other _____
**BUSINESS FILINGS INTERNATIONAL, INC.**

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on **SEP 20 2019** (date) at _____ (time).

SEP 17 2019

ST LOUIS COUNTY
SHERIFF'S OFFICE
RECEIVED

**William Rinehart**
**Deputy Sheriff**
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

     **Must be sworn before a notary public if not served by an authorized officer.**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
     Date

_____
Notary Public

SEP 20 2019

9-18-19
KE

OSCA (7-99) SM30  (SMCC) *For Court Use Only:* Document ID# 19-SMCC-8053   1   (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo