UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONICA WEBB, JENNIFER JEFFRIES, TERRIKAH COOK, LAKECIA HOLLOWAY, TIAWNA BUTTS, YOLANDA WARD, and KIM THOMPSON, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 4:19-cv-02712-DDN |
| vs. | )<br>) |
| AESTHETIC PHYSICIANS, P.C. d/b/a "Sono Bello," | )<br>)<br>) |
| and | )<br>) |
| BODY CONTOUR CENTERS, LLC d/b/a "Sono Bello," | )<br>)<br>) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

Plaintiffs Monica Webb, Jennifer Jeffries, Terrikah Cook, Lakecia Holloway, Tiawna Butts, Yolanda Ward and Kim Thompson and Defendants Aesthetic Physicians, P.C. and Body Contour Centers, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby stipulate that:

1. This action shall be DISMISSED with prejudice;

2. No class has been certified and no class is proposed for the purpose of settlement; therefore, class notice and court approval of this dismissal are not required under Fed. R. Civ. P. 23(e); and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted,

*/s/ David G. Brown*
David G. Brown
BROWN LAW OFFICE LC
501 Fay St.
Suite 201
Columbia, MO 65201
573-814-2375
dbrown@brown-lawoffice.com

Attorneys for Plaintiffs
*Monica Webb, Jennifer Jeffries, Terrikah Cook, Lakecia Holloway, Yolanda Ward, Tiawna Butts and Kim Thompson*

*/s/ Booker T. Shaw*
Booker T. Shaw, # 25548MO
Robert J. Wagner, # 46391MO
Kristen E. Sanocki, # 67375MO
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
314-552-600
314-552-7000 (fax)
bshaw@thompsoncoburn.com
rwagner@thompsoncoburn.com
ksanocki@thompsoncoburn.com

Thomas D. Adams
Brett Elliott
KARR TUTTLE CAMPBELL
701 Fifth Ave., Suite 3300
Seattle, WA 98104
206-223-1312
206-682-7100 (fax)
tadams@karrtuttle.com
belliott@karrtuttle.com

Attorneys for Defendants
*Aesthetic Physicians, P.C. and Body Contour Centers, LLC*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system on this 2nd day of June, 2020, upon the following:

Booker T. Shaw, # 25548MO
Robert J. Wagner, # 46391MO
Kristen E. Sanocki, # 67375MO
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO  63101
314-552-600
314-552-7000 (fax)
bshaw@thompsoncoburn.com
rwagner@thompsoncoburn.com
ksanocki@thompsoncoburn.com

Thomas D. Adams
Brett Elliott
KARR TUTTLE CAMPBELL
701 Fifth Ave., Suite 3300
Seattle, WA  98104
206-223-1312
206-682-7100 (fax)
tadams@karrtuttle.com
belliott@karrtuttle.com

Attorneys for Defendants

                                              /s/ *David G. Brown*