UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONICA WEBB, JENNIFER JEFFRIES, TERRIKAH COOK, LAKECIA HOLLOWAY, TIAWNA BUTTS, YOLANDA WARD, and KIM THOMPSON, <br><br> Plaintiffs, <br><br> vs. <br><br> AESTHETIC PHYSICIANS, P.C. d/b/a "Sono Bello," <br><br> and <br><br> BODY CONTOUR CENTERS, LLC d/b/a "Sono Bello," <br><br> Defendants. | Case No. 4:19-cv-02712-DDN |

**ORDER DISMISSING ACTION WITH PREJUDICE**

AND NOW this **3rd** day of **June**, 2020, upon consideration of the Parties' Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A), it is HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. The above-captioned action is dismissed with prejudice as to the claims of Plaintiffs Monica Webb, Jennifer Jeffries, Terrikah Cook, Lakecia Holloway, Tiawna Butts, Yolanda Ward and Kim Thompson, including all claims that were brought or could have been brought by Plaintiffs, with each Party to bear its own costs; and

2. The Clerk shall mark this case as CLOSED.

*David D. Noce*
**UNITED STATES MAGISTRATE JUDGE**